UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO. 4:09CV-00102-JHM

**G.C., III, by and through his next
friends, G.C., II and BC**                                                              **PLAINTIFFS**

**VS.**

**OWENSBORO PUBLIC SCHOOLS, ET AL.**                                  **DEFENDANTS**

### REPORT

      A settlement conference was held in this matter on August 26, 2010 commencing at 9:50 a.m. and concluding approximately 11:10 a.m., with the following in attendance:

| | |
|---|---|
| For the Plaintiffs: | Edward E. Dove, Attorney |
| | BC, Plaintiff |
| For the Defendants: | Michael A. Owsley, Attorney |
| | Tiffany Williams, Attorney |
| | William L. Wilson, Jr., Attorney |
| | Robin Rone, Dir. Of Regulatory Compliance |
| | Dr. Larry Vick, Supt. Owensboro Public Schools |
| | Nancy Moore, Claims Analyst Ohio Casualty Ins. |
| | Elsie Baker, Claims Analyst Ohio Casualty Ins. |

      Following negotiations between the court and counsel and/or the parties, the undersigned reports that the parties were unable to reach a settlement.

Copies:     Counsel of Record
              Erica Skinner, Case Manager

1|20