UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CASE NO. 4:09-CV-102-M

(ELECTRONICALLY FILED)

GLENDLE CAIN, III                                                                                   PLAINTIFF

VS.

OWENSBORO PUBLIC SCHOOLS;
DR. LARRY VICK; ANITA BURNETTE;
MELISSA BROWN; and CHRISTINA SMITH                                          DEFENDANTS

**AGREED ORDER OF DISMISSAL**

The parties having agreed, as evidenced by the signatures of counsel for the parties affixed hereto, and the Court having been sufficiently advised:

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

(1) The terms of any settlement agreement reached in this matter shall remain confidential upon penalty of contempt of this Court and as otherwise agreed by the parties.

(2) The Complaint and all claims embodied therein be and hereby are dismissed, with prejudice, with each party to pay its own attorneys' fees and costs.

1924170

HAVE SEEN AND AGREED:


By: */s/ Edward E. Dove (with permission)*
Edward E. Dove
201 West Short Street, Suite 310
Lexington, KY 40507
Telephone: (859) 252-0020
E-mail: eddove@windstream.net

Attorney for Plaintiff


By: */s/ Michael A. Owsley*
Michael A. Owsley
ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
1101 College Street
P.O. Box 770
Bowling Green, Kentucky 42102
Telephone: (270) 781-6500
E-mail: mowsley@elpolaw.com

Attorney for Defendants